UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTHONY C. HUGHES and LISA HUGHES,                    Civil Action No.:
                                                      1:19-cv-05755-LDH-CLP
                                    Plaintiffs,

              -against-

WILLMAN F. BARBOZA RAMOS, DONLEN TRUST
And MULTIBAND FIELD SERVICES, INC.,

                                    Defendants.
-------------------------------------------------------------------X

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), plaintiffs, ANTHONY C. HUGHES and LISA HUGHES, serve these Initial Disclosures to Defendant WILLMAN F. BARBOZA RAMOS, DONLEN TRUST and MULTIBAND FIELD SERVICES, INC. These disclosures identify those individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

These disclosures do not include the names of any potential experts retained or consulted by the Plaintiffs. The Plaintiffs will produce information relating to experts as may be appropriate under Federal Rule of Civil Procedure 26(a)(2) at the times provided by that Rule of any supervening order of the Court.

These disclosures do not constitute waiver of any work product protection and are without prejudice to any other issue or argument.


Dated: December 17, 2019

                              COUNSEL FOR PLAINTIFFS
                              ANTHONY C. HUGHES and LISA HUGHES



                              ZINBARG, MYRILL AND LOCKAMY
                              By: EUGENE D. ZINBARG, ESQ.
                              82-15 Northern Boulevard
                              Jackson Heights, NY 11372
                              Phone (718) 651 – 6262

**(A)** **Witnesses: The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

**RESPONSE:**

Persons likely to have discoverable information may include, but may not be limited to, the following:

a)  ANTHONY C. HUGHES
61-46 70th Street
Middle Village, NY 11379
Plaintiff

b)  LISA HUGHES
61-46 70th Street
Middle Village, NY 11379
Plaintiff's Wife/Co-Plaintiff

c)  RICHARDS PLUMBING AND HEATING
231 Kent Street
Brooklyn, New York 11222

Any and all employees of Richards Plumbing and Heating may have knowledge of Plaintiff's work ability/history.

d)  Any and all Plaintiff's health care providers, including but may not be limited to:

1-  SEAN THOMPSON, M.D., FAAOS
175-61 Hillside Avenue – Suite 400
Jamaica Estates, NY 11432

Sean Thompson, M.D., FAAOS, and any and all other health care providers associated with Sean Thompson, M.D. FAAOS, involved in the examinations, diagnosis, care, or treatment of Plaintiff.

2-  MICHAEL GERLING, M.D.
Jersey City Medical Center
355 Grand Street
Jersey City, NJ 07302

Michael Gerling, M.D. and any and all other health care providers associated with Michael Gerling, M.D., involved in the examinations, diagnosis, care, or treatment of Plaintiff.

3- AZADEH ESMAELLI, M.D.
   88-12 Queens Boulevard
   Elmhurst, NY 11373

Azadeh Esmaelli, M.D. and any and all other health care providers associated with Azadeh Esmaelli, M.D., involved in the examinations, diagnosis, care, or treatment of Plaintiff.

4- VINEETH PILLAI, DPT
   Reach Physical Therapy
   8444 Elliot Avenue
   Middle Village, NY 11379

Vineeth Pillai, DPT and any and all other health providers associated with Vineeth Pillai, DPT, involved in the examinations, diagnosis, care, or treatment of Plaintiff.

5- BERNARD OSEI-TUTU, M.D.
   Krasner Chiropractic, P.C.
   86-01 101 Avenue
   Ozone Park, NY 11416

Bernard Osei-Tutu, M.D. and any and all other providers associated with Bernard Osei-Tutu, M.D., involved in the examinations, diagnosis, care, or treatment of Plaintiff.

6- JONATHAN SCHWARTZ, M.D.
   345 St. Nicholas Avenue
   Ridgewood, NY 11385

Jonathan Schwartz, M.D. and any and all other providers associated with Jonathan Schwartz, M.D. involved in the examinations, diagnosis, care, or treatment of Plaintiff.

7- SCOTT A. SPRINGER, DO
   161-05 Horace Harding Expressway
   Flushing, NY 11365

Scott A. Springer, DO and any and all other providers associated with Scott A. Springer, DO involved in the examinations, diagnosis, care, or treatment of Plaintiff.

8- NAO YONEDA, M.D.
New York Presbyterian Queens
56-45 Main Street
Flushing, NY 11355

Nao Yoneda, M.D. and any and all other providers associated with Nao Yoneda, M.D. involved in the examinations, diagnosis, care, or treatment of Plaintiff.

9- VIRAJ LAKDAWALA, M.D.
NYU Langone Health – Cobble Hill
83 Amity Street
Brooklyn, NY 11201

Viraj Yoneda, M.D. and any and all other providers associated with Viraj Lakdawala, M.D. involved in the examinations, diagnosis, care, or treatment of Plaintiff.

**(B) Documents: A copy of, or a description by category and location of, all documents, date compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

**RESPONSE:**

Plaintiff, ANTHONY C. HUGHES, is providing a copy of the Police Accident Report.

Plaintiff, ANTHONY C. HUGHES, is providing a copy of his medical records, including operative reports and medical notes.

Discovery continues and subsequent relevant documents may be produced by Plaintiffs, Defendants, or both.

Plaintiffs request copies of any and all relevant documents or medical records Defendants have in its possession or have obtained by subpoena/authorization/voluntary production.

**(C) Computation of Damages: A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure,**

on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

$10,000,000.00 for pain and suffering. Materials bearing on the nature and extent of injuries suffered are annexed hereto.

(D) **Insurance Agreements: For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE:**

N/A

Plaintiffs request copies of any and all relevant documents Defendants have in their possession.

Dated: December 17, 2019

Respectfully submitted,

EUGENE D. ZINBARG, ESQ.
ZINBARG, MYRILL & LOCKAMY
Attorneys for Plaintiffs
ANTHONY C. HUGHES & LISA HUGHES
Federal I.D. No. EZ6458
State Bar No. 1041722
Phone (718) 651- 6262

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of a duplicate of the above foregoing Rule 26(a)(1) Initial Disclosures of Plaintiffs ANTHONY C. HUGHES & LISA HUGHES has been served upon all opposing parties, or their attorneys of records, by either certified mail, return receipt requested, hand delivery, or telephonic or electronic document transfer on the 17th day of December, 2019.

CAMACHO MAURO MULHOLLAND, LLP
Attorneys for Defendants: William F. Barboza Ramos, Donlen Trust & Multiband Services, Inc.
40 Wall Street, 40th Floor
New York, New York 10005

EUGENE D. ZINBARG, ESQ.

ABS-7 (1/19)  Page 1 of 2 Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/11)

Precinct 094
Accident No. MV-2018-094-002260
Complaint Number

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☑ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 11 | Day 27 | Year 2018 | TUESDAY | 14:15 | 4 | 2 | 0 | Reconstructed ☐ | ☐ | ☐ Yes ☑ No |

VEHICLE 1 ☑ VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

| VEHICLE 1 - Driver License ID Number 372589003 | State of Lic. NY | VEHICLE 2 - Driver License ID Number B05457856611662 | State of Lic. NJ |
|---|---|---|---|
| Driver Name–exactly as printed on license HUGHES, ANTHONY, C | | Driver Name - exactly as printed on license BARBOZA-RAMOS, WILLMAN, F | |
| Address (Include Number & Street) 61-46 70 STREET | Apt. No. | Address (Include Number & Street) 18 SPRUCE LN | Apt. No. |
| City or Town QUEENS | State NY | Zip Code | City or Town PARLIN | State NJ | Zip Code 08859 |

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged | Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month 7 | Day 27 | Year 1975 | | ☐ | 1 | | Month 11 | Day | Year 1966 | M | ☐ | 1 | |

| Name–exactly as printed on registration HUGHES, ANTHONY, C | Sex M | Date of Birth Month 7 Day 27 Year 1975 | Name–exactly as printed on registration DONLEN TRUST | Sex | Date of Birth Month Day Year |
|---|---|---|---|---|---|
| Address (Include Number & Street) 61-46 70 STREET | Apt. No. | Haz. Mat. Code | Released ☐ | Address (Include Number & Street) 3000 LAKESIDE DR | Apt. No. | Haz. Mat. Code | Released ☐ |
| City or Town QUEENS | State NY | Zip Code | City or Town BANNOCKBURN | State IL | Zip Code 60015 |

| Plate Number HZ83386 | State of Reg. NY | Vehicle Year & Make 2015 BMW | Vehicle Type SEDAN | Ins. Code 100 | Plate Number XFNV71 | State of Reg. NJ | Vehicle Year & Make 2017 FORD | Vehicle Type SW/SUV | Ins. Code 999 |
|---|---|---|---|---|---|---|---|---|---|

| Ticket/Arrest Number(s) | | Ticket/Arrest Number(s) | |
|---|---|---|---|
| Violation Section(s) | | Violation Section(s) | |

**VEHICLE 1**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| | Rear End | Left Turn | Right Angle | Right Turn | Head On |
|---|---|---|---|---|---|
| | Sideswipe (same direction) | Left Turn | | Right Turn | Sideswipe (opposite |

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes:
| 4 | 5 |
|---|---|
Box1/Box2: 4 5
| 3 | 4 | 5 |
|---|---|---|
| 1 | 2 | 3 |

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes:
| 2 | 1 |
|---|---|
Box1/Box2: 2 1
| 3 | 4 | 5 |
|---|---|---|
| 2 | 1 | |

**ACCIDENT DIAGRAM**

Vehicle Towed: By
To

Vehicle Towed: By MARKS AUTOMOTIVE INC
To 51-53 GRATTEN ST

DIAGRAM ATTACHED ON SUBSEQUENT PAGE
4 RIGHT ANGLE

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☑ Yes  ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND |
|---|---|---|
| | Latitude/Northing 40.730064 | Road on which accident occurred CALYER STREET (Route Number or Street Name) |
| | Longitude/Easting -73.94743 | at 1) intersecting street MOULTRIE STREET (Route Number or Street Name) |
| | | or 2) ☐N ☐S ☐E ☐W of _____ Feet Miles (Milepost, Nearest Intersecting Route Number or Street Name) |

Accident Description/Officer's Notes AT TPO MOTORIST OF VEHICLE 1 WAS DRIVING E/B ON CALYER STREET WITH THE RIGHT AWAY WHEN MOTORIST OF VEHICLE 2 STRUCK HIS PASSENGER SIDE CAUSING THE VEHICLE TO SPIN OUT AND CRASH ONTO THE SIDEWALK. MOTORIST OF VEHICLE 2 WAS DRIVING N/B ON MOULTRIE STREET WHEN HE DISREGARDED THE STOP SIGN ON THE N/E CORNER OF MOULTRIE STREET I/O OF CALYER STREET THUS CRASHING INTO VEHICLE 1 BEFORE THEN STRIKING UNOCCUPIED VEHICLE 3

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | | 1 | 43 | M | 5 | 12 | 6 | 31 D | 7241 | | HUGHES, ANTHONY, C | |
| B | 2 | 1 | 4 | | 1 | 52 | M | 8 | 12 | 6 | | | | BARBOZA-RAMOS, WILLMAN, F | |

| Officer's Rank and Signature POM | Tax ID No. 962217 | NCIC No. 03030 | Precinct 094 | Post/Sector | Reviewing Officer SGT AREF H REDA | Date/Time Reviewed 12/03/2018 08:31 |
|---|---|---|---|---|---|---|
| Print Name NICHOLAS A. ANGELLO | | | | | | |

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

Right margin numbers: 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30

P

ABS-7 (1/19)   Page **2** of **2** Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)

MV-104AN (7/11)

Precinct **094**

Accident No. **MV-2018-094-002260**

Complaint Number

☐ AMENDED REPORT

| Accident Date | | | Day of Week | MilitaryTime | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☒ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month **11** | Day **27** | Year **2018** | **TUESDAY** | **14:15** | **4** | **2** | **0** | Reconstructed ☐ | ☐ | ☐ Yes ☒ No |

**VEHICLE 3**   ☒ VEHICLE 4   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

| VEHICLE 3 - Driver License ID Number | | State of Lic. | VEHICLE 4 - Driver License ID Number | | State of Lic. |
|---|---|---|---|---|---|
| Driver Name - exactly as printed on license | | | Driver Name - exactly as printed on license | | |
| Address (include Number & Street) | Apt. No. | | Address (include Number & Street) | | Apt. No. |
| City or Town | State | Zip Code | City or Town | State | Zip Code |

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged | Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | | ☐ | **0** | ☐ | Month | Day | Year | | ☐ | **0** | ☐ |

| Name - exactly as printed on registration | | Sex | Date of Birth | | | Name - exactly as printed on registration | | Sex | Date of Birth | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Month | Day | Year | | | | Month | Day | Year |
| Address (include Number & Street) | Apt. No. | Haz. Mat Code | Released | Address (include Number & Street) | Apt. No. | Haz. Mat. Code | Released |
| City or Town | State | Zip Code | City or Town | State | Zip Code |

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|---|---|---|---|---|
| **HKM6671** | **NY** | **2016 SMART** | **SW/SUV** | **999** | **HPB5932** | **NY** | **2004 HONDA** | **SW/SUV** | **639** |

| Ticket/Arrest Number(s) | Ticket/Arrest Number(s) |
|---|---|
| Violation Section(s) | Violation Section(s) |

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

VEHICLE 1 DAMAGE CODES

| Box 1 - Point of Impact | **9** | **8** |
|---|---|---|
| Box 2 - Most Damage | **9** | **8** |
| Enter up to three more Damage Codes | **3** **18** | **4** **18** | **5** **18** |

VEHICLE 2 DAMAGE CODES

| Box 1 - Point of Impact | **8** | **8** |
|---|---|---|
| Box 2 - Most Damage | **8** | **8** |
| Enter up to three more Damage Codes | **3** **18** | **4** **18** | **5** **2** |

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

1. Rear End   2. Left Turn   3. Right Angle   4. Head On
5. Sideswipe (same direction)   6. Left Turn   7. Right Turn   8. Sideswipe (opposite)

**ACCIDENT DIAGRAM**

Vehicle By Towed: To

Vehicle By Towed: To

VEHICLE DAMAGE CODING:

1-13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

**DIAGRAM ATTACHED ON SUBSEQUENT PAGE**

**4 RIGHT ANGLE**

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☐ Yes   ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: ☐ BRONX ☒ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND |
|---|---|---|
| | Latitude/Northing **40.730064** | Road on which accident occurred **CALYER STREET** (Route Number or Street Name) |
| | Longitude/Easting **-73.94743** | at 1) intersecting street **MOULTRIE STREET** (Route Number or Street Name) |
| | | or 2) ☐N ☐S ☐E ☐W _____ Feet _____ Miles of _____ (Milepost, Nearest Intersecting Route Number or Street Name) |

Accident Description/Officer's Notes **WHICH THEN HIT INTO UNOCCUPIED VEHICLE 4 PARKED DIRECTLY IN FRONT OF VEHICLE 3. ACR # 85143841. MOTORIST OF VEHICLE 1 REMOVED BY EMT REGISTERED AMBULANCE 31 D EMT JOURNEL. VEH 2 SELF INSURED**

**P**

USE COVER SHEET

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALL INVOLVED | | | | | | | | | | | | | | | |

| Officer's Rank and Signature **POM** | Tax ID No. **962217** | NCIC No. **03030** | Precinct **094** | Post/Sector | Reviewing Officer **SGT AREF H REDA** | Date/Time Reviewed **12/03/2018 09:31** |
|---|---|---|---|---|---|---|
| Print Name **NICHOLAS COCIRELLO** | | | | | | |

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

Mark JF Schneider
COMMISSIONER OF MOTOR VEHICLES



**THOMPSON MEDICAL**
Orthopaedic Surgery

## L SEAN THOMPSON, MD, FAAOS
### Board Certified Orthopaedic Surgeon

## OPERATIVE REPORT

**PATIENT NAME:** Anthony Hughes

**PATIENT DOB:** July 27, 1975

**DATE OF PROCEDURE:** June 07, 2019

**SURGEON:** L. Sean Thompson, M.D.

**ASSISTANT:** Nadeem Mir, PA-C, please note surgical assistant was necessary to safely and efficiently complete this procedure as it was performed in the surgical center without resident or assistant available.

**PREOPERATIVE DIAGNOSIS:**

1. Right knee medial meniscus tear
2. Right knee synovitis complete
3. Right knee lateral meniscus tear
4. Right knee lateral tibial plateau chondromalacia

**POSTOPERTATIVE DIAGNOSIS:**

1. Right knee medial meniscus tear
2. Right knee synovitis complete
3. Right knee lateral meniscus tear
4. Right knee lateral tibial plateau chondromalacia

**PROCEDURE PERFORMED:**

1. Right knee medial meniscectomy and debridement
2. Right knee synovectomy 3 compartments
3. Right knee lateral meniscectomy and debridement
4. Right knee chondroplasty lateral tibial plateau

175-61 HILLSIDE AVE
SUITE 400
JAMAICA ESTATES,NY 11432

1045 PARK AVENUE
GROUND FLOOR
NYC, NY 10028

25 ROCKWOOD PLACE
SUITE 335
ENGLEWOOD, NJ 07631

855 LEHIGH AVENUE
SUITE 203
UNION,NJ 07083

TELEPHONE: 718-291-1300     WWW.THOMPSONTOTALJOINTSNY.COM     FAX: 718-291-1330



**THOMPSON MEDICAL**
Orthopaedic Surgery

## L SEAN THOMPSON, MD, FAAOS
### Board Certified Orthopaedic Surgeon

**ANESTHESIA:** LMA with intra-articular injection 1% lidocaine with epinephrine

**POSITION:** Supine

**ESTIMATED BLOOD LOSS:** Minimal

**COMPLICATIONS:** None

**DESCRIPTION OF PROCEDURE:** The patient is 43-year-old male presented with right knee injuries consistent with a tear of the medial lateral meniscus, that did not respond to conservative treatment.  Patient was indicated for arthroscopic meniscectomy and debridement all risks and benefits were reviewed informed consent was signed in the preoperative holding area the operative site was marked.

The patient was brought back into the or suite underwent anesthesia by the anesthesiologist and was positioned supine on the OR table. The right lower extremity was prepped and draped free in usual sterile fashion prior to commencement of procedure a timeout was called the operative site was verified.  Preoperative antibiotics were administered IV for prophylaxis.

The medial and lateral portals were injected using 1% lidocaine with epinephrine for pain control and hemostasis.  A 3-mm lateral portal was made using a #11 blade scalpel.  The camera and trocar were inserted into the suprapatellar pouch.

A diagnostic arthroscopy was initiated.  Identification of the patella demonstrated chondral injury.  There there was no medial plica noted.  The trochlea demonstrated no chondral injury. The lateral and medial gutters demonstrated no loose bodies.  Examination of the medial compartment demonstrated a tear of the medial meniscus.  The chondral surfaces of the medial femoral condyle and medial tibial plateau was found no chondral injury.  An arthroscopic examination of the ACL demonstrated noted tears. At this point the leg was placed in the figure-of-four configuration to examine the lateral compartment.  Examination of the lateral meniscus demonstrated a tear of the lateral meniscus.  The chondral surfaces of the lateral femoral condyle and lateral tibial plateau was found chondromalacia of the lateral tibial plateau. There was extensive synovitis noted in all 3 compartments.

At this point, we turned our attention to the tear of the medial meniscus.  Under direct visualization a spinal needle was inserted into the medial compartment to assure proper

175-61 HILLSIDE AVE        1045 PARK AVENUE        25 ROCKWOOD PLACE        855 LEHIGH AVENUE
SUITE 400        GROUND FLOOR        SUITE 335        SUITE 203
JAMAICA ESTATES,NY 11432        NYC, NY 10028        ENGLEWOOD, NJ 07631        UNION,NJ 07083

TELEPHONE: 718-291-1300        WWW.THOMPSONTOTALJOINTSNY.COM        FAX: 718-291-1330



THOMPSON MEDICAL
Orthopaedic Surgery

## L SEAN THOMPSON, MD, FAAOS
### Board Certified Orthopaedic Surgeon

placement of the medial portal. Then using a #11 scalpel blade, a 3 mm medial portal was established. The probe was then used to assess the tear of the medial meniscus. The tear was deemed not repairable and therefore using a combination of arthroscopic shaver, radiofrequency wand, arthroscopic biters, a partial medial meniscectomy was performed. At this point, the meniscus was probed again and found to be stable through its attachment. An extensive debridement was performed of this compartment.

We then turned our focus to the ACL. The ACL was probed and found to be intact and stable without any tearing at the origin or insertion. The PCL was also noted and found to be intact and stable without any tearing at the origin or insertion. There is noted to be extensive synovitis. A thorough synovectomy was performed using an arthroscopic shaver as well as a radiofrequency device.

At this point, the leg was placed in a figure-of-four configuration as we turned our attention to the tear of the lateral meniscus. The probe was used to assess the tear of the lateral meniscus. The tear was deemed not repairable and therefore using a combination of arthroscopic shaver, radiofrequency biters, arthroscopic biters, a partial lateral meniscectomy was performed. At this point, the meniscus was probed again and found to be stable through its attachment. An extensive debridement was performed of this compartment.

The condyle and the tibial plateau was probed. There was found to have chondromalacia of the lateral tibial plateau. Using an arthroscopic shaver as well as a radiofrequency wand, a chondroplasty was performed. The chondral surface was then probed again to assure stable margins.

At this point the leg was then placed in full extension and a complete synovectomy was performed using an arthroscopic shaver and radiofrequency device.

Meticulous hemostatis was achieved using the radiofrequency device. The knee was suctioned and drained and the portals were closed using 3-0 Monocryl sutures. Dry sterile bandage was applied. The patient was transferred to the recovery room in stable condition.

175-61 HILLSIDE AVE
SUITE 400
JAMAICA ESTATES,NY 11432

1045 PARK AVENUE
GROUND FLOOR
NYC, NY 10028

25 ROCKWOOD PLACE
SUITE 335
ENGLEWOOD, NJ 07631

855 LEHIGH AVENUE
SUITE 203
UNION,NJ 07083

TELEPHONE: 718-291-1300      WWW.THOMPSONTOTALJOINTSNY.COM      FAX: 718-291-1330

THOMPSON MEDICAL
Orthopaedic Surgery

**L SEAN THOMPSON, MD, FAAOS**
**Board Certified Orthopaedic Surgeon**

L. Sean Thompson, M.D.

| 175-61 HILLSIDE AVE | 1045 PARK AVENUE | 25 ROCKWOOD PLACE | 855 LEHIGH AVENUE |
| SUITE 400 | GROUND FLOOR | SUITE 335 | SUITE 203 |
| JAMAICA ESTATES,NY 11432 | NYC, NY 10028 | ENGLEWOOD, NJ 07631 | UNION,NJ 07083 |

TELEPHONE: 718-291-4300 • WWW.THOMPSONTOTALJOINTSNY.COM • FAX: 718-291-8330



THOMPSON MEDICAL
Orthopaedic Surgery

## L SEAN THOMPSON, MD, FAAOS
### Board Certified Orthopaedic Surgeon

**PATIENT NAME:** Anthony Hughes

**PATIENT DOB:** 7/27/1975

**DATE OF PROCEDURE:** 3/18/2019

**SURGEON:** L. Sean Thompson, M.D.

**ASSISTANT:** Barry Hughes, PA-C, please note surgical assistant was necessary to safely and efficiently complete this procedure as it was performed in the surgical center without resident or assistant available.

**PREOPERATIVE DIAGNOSIS:**

1. Left knee medial meniscus tear posterior horn
2. Left knee synovitis complete
3. Left knee lateral meniscus tear posterior horn
4. Left knee plica impingement medial femoral condyle
5. Left knee chondral damage grade 2 medial femoral condyle

**POSTOPERTATIVE DIAGNOSIS:**

1. Left knee medial meniscus tear posterior horn
2. Left knee synovitis complete
3. Left knee lateral meniscus tear posterior horn
4. Left knee plica impingement medial femoral condyle
5. Left knee chondral damage grade 2 medial femoral condyle

**PROCEDURE PERFORMED:**

175-61 HILLSIDE AVE
SUITE 400
JAMAICA ESTATES,NY 11432

1045 PARK AVENUE
GROUND FLOOR
NYC, NY 10028

25 ROCKWOOD PLACE
SUITE 335
ENGLEWOOD, NJ 07631

855 LEHIGH AVENUE
SUITE 203
UNION,NJ 07083

TELEPHONE: 718-291-1900    WWW.THOMPSONTOTALJOINTSNY.COM    FAX: 718-291-1930



**THOMPSON MEDICAL**
Orthopaedic Surgery

## L SEAN THOMPSON, MD, FAAOS
### Board Certified Orthopaedic Surgeon

1. Left knee medial meniscectomy and debridement posterior horn

2. Left knee synovectomy 3 compartments

3. Left knee lateral meniscectomy and debridement posterior horn

4. Left Knee Plica resection medial condyle femur

5. Left knee chondroplasty medial femoral condyle

**ANESTHESIA:** LMA with intra-articular injection 1% lidocaine with epinephrine

**POSITION:** Supine

**ESTIMATED BLOOD LOSS:** Minimal

**COMPLICATIONS:** None

**DESCRIPTION OF PROCEDURE:** The patient is 43-year-old male who presented with left knee injuries consistent with a tear of the medial meniscus, that did not respond to conservative treatment. Consideration of preoperative measures including physical therapy and activity modification without much improvement was noted. Patient was indicated for arthroscopic meniscectomy and debridement all risks and benefits were reviewed informed consent was signed in the preoperative holding area the operative site was marked.

The patient was brought back into the or suite underwent a left knee block by the anesthesiologist was positioned supine on the OR table the right lower extremity was prepped and draped free in usual sterile fashion prior to commencement of procedure a timeout was called the operative site was verified. Preoperative antibiotics were administered IV for prophylaxis.

The medial and lateral portals were injected using 1% lidocaine with epinephrine for pain control and hemostasis. A lateral portal was made using the scalpel. The camera and trocar were inserted into the suprapatellar pouch.

A diagnostic arthroscopy was initiated there were no loose bodies in the medial or lateral gutters. There was extensive synovitis in all 3 compartments. Under direct visualization a medial portal was made using the scalpel. There was a tear in the posterior horn of the medial

178-61 HILLSIDE AVE
SUITE 400
JAMAICA ESTATES, NY 11432

1045 PARK AVENUE
GROUND FLOOR
NYC, NY 10028

25 ROCKWOOD PLACE
SUITE 335
ENGLEWOOD, NJ 07631

855 LEHIGH AVENUE
SUITE 209
UNION, NJ 07083

TELEPHONE: 718-291-1300        WWW.THOMPSONTOTALJOINTSNY.COM        FAX: 718-291-1330



**THOMPSON MEDICAL**
Orthopaedic Surgery

# L SEAN THOMPSON, MD, FAAOS
## Board Certified Orthopaedic Surgeon

meniscus. This tear was not repairable therefore a partial meniscectomy debridement was performed using an arthroscopic shaver and straight biter and ArthroCare wand the medial meniscal attachment was probed and found to be intact posteriorly.

The anterior cruciate ligament was then inspected using a probe and the origin and insertion was noted to be intact without tearing. After complete synovectomy in all compartments we were able to visualize the lateral compartment using a figure 4 position. The meniscal attachment was probed and there was found to be tear in the posterior horn of the lateral meniscus. A complete debridement was indicated and performed using a shaver a full radius, arthroscopic biter and ArthroCare wand. The chondral surfaces were inspected using a probe and the meniscal attachment was found to be intact.

The leg was then placed into full extension and a complete synovectomy was performed using the arthroscopic shaver. Inspection of the patellofemoral articulation identified minimal articular cartilage damage. However, there was a plica noted to impinging on the medial femoral condyle with grade 2 changes on the condylar surface that was affected. A plica resection was performed using an arthroscopic shaver and ArthroCare wand on a low setting and chondroplasty of the damaged medial condyle was also performed using the electrocautery device on a low setting. At this point meticulous hemostasis was achieved using the electrocautery device. The knee was then suctioned and drained the portals were closed using 3-0 Monocryl sutures. A postoperative injection of quarter percent Marcaine was administered through the medial portal. A dry sterile bandage was applied, and the patient's anesthesia was reversed. The patient was then transferred to the recovery room in a stable condition.

175-61 HILLSIDE AVE
SUITE 400
JAMAICA ESTATES, NY 11432

1045 PARK AVENUE
GROUND FLOOR
NYC, NY 10028

25 ROCKWOOD PLACE
SUITE 935
ENGLEWOOD, NJ 07631

855 LEHIGH AVENUE
SUITE 209
UNION, NJ 07083

TELEPHONE: 718-291-1900     WWW.THOMPSONTOTALJOINTSNY.COM     FAX: 718-291-1930

**Greenpoint Diagnostic Imaging**
102 Manhattan Avenue Brooklyn, NY 11222
Tel (718) 389-5000 Fax (718) 389-5051

**Astoria Open MRI**
25-08 30th Avenue Astoria, NY 11102
Tel (718) 726-2000 Fax (718) 728-2721

**Allium Diagnostic Imaging**
315 St Nicholas Ave Ridgewood NY 11385
Tel (718) 388-5050 Fax (718) 381-2096

| | | |
|---|---|---|
| Patient Name: | Hughes, Anthony | AGE: 043Y  DOB:07/27/1975(M) |
| GDI #: | GRP731 | Patient Phone #: 718-565-1704 |
| Study Date: | 12/17/2018 | CPT Code: 73721 |
| Exam: | MR LT KNEE W/O CONTRAST LEFT | Exam #: A5207270 |
| Physician: | Merovici, Florin | Physician Phone #: 718-389-0100 |
| | 126 GREENPOINT AVE | |
| | BROOKLYN, NY 11222 | |

FINAL REPORT

MRI OF THE LEFT KNEE

HISTORY: Left knee pain

PROTOCOL: Sagittal proton density, and T2 weighted sequences, coronal T1 and inversion recovery sequences, and axial T2 fat saturated sequences were obtained of the left knee. This study was performed in a high field MRI.

PRIORS: 10 17 07

FINDINGS:
Preliminary scout series were submitted and reviewed and are noncontributory.
CRUCIATE LIGAMENTS: The anterior and posterior cruciate ligaments appear intact and within normal limits.
COLLATERAL LIGAMENTS: The medial collateral ligament and the lateral collateral ligamentous complex are intact and within normal limits.
MENISCI: There is a subtle linear peripheral tear along the in the posterior horn medial meniscus. The lateral meniscus within normal limits
OSSEOUS STRUCTURES: There is no evidence of fracture or dislocation. The joint spaces are preserved. The alignment is anatomic. The patellofemoral cartilage is within normal limits
EXTENSOR MECHANISM: The visualized portions of the quadriceps tendon and patellar tendon are intact and within normal limits.
There is a mild suprapatellar joint effusion. There is a bilobed posterior medial popliteal cyst measuring up to 1.8 cm.

IMPRESSION
SUBTLE PERIPHERAL TEAR OF THE POSTERIOR HORN MEDIAL MENISCUS.
SUPRAPATELLAR JOINT EFFUSION.
POPLITEAL CYST.

Thank you for referring this patient to us for evaluation

1/2/2019

3D Mammography now available at Allium Diagnostic Imaging

This facsimile transmittal is intended only for use of the individual or entity to which it is addressed. It may contain Protected Health Information, which is privileged and confidential. Protected Health Information may only be used or disclosed in accordance with the law and you may be subject to penalties for improper use of further disclosure. If you are not the intended recipient, you may not read, copy, distribute or otherwise use or disclose the information contained in this transmission. If you received this transmission in error, please notify the sender immediately and request instruction on return or destruction of the transmission. DICOM images and results are available for review via our PACS system which may be accessed through http://per-onalined@lunazone.com

MRI    MRA    CT Scan    Ultrasound    X-Ray  |  Bone Density    Mammography

**Greenpoint Diagnostic Imaging**
1024 Manhattan Avenue Brooklyn, NY 11222
Tel: (718) 389-5000  Fax: (718) 389-5054

**Astoria Open MRI**
23-08 30th Avenue, Astoria, NY 11102
Tel: (718) 726-2000  Fax: (718) 728-2724

**Allium Diagnostic Imaging**
345 St Nicholas Ave Ridgewood NY 11385
Tel: (718) 408-5000 Fax: (718) 381-2090

| | |
|---|---|
| Patient Name: | Hughes, Anthony |
| GDI #: | GRP731 |
| Study Date: | 12/17/2018 |
| Exam: | MR LT KNEE W/O CONTRAST LEFT |
| Physician: | Merovici, Florin |
| | 126 GREENPOINT AVE |
| | BROOKLYN, NY 11222 |

AGE: 043Y  DOB:07/27/1975(M)
Patient Phone #: 718-565-1701
CPT Code: 73721
Exam #: A5207270
Physician Phone #: 718-389-0100

Very truly yours,

JONATHAN SCHWARTZ MD
Electronically signed: 12/18/2018 10:38

3D Mammography now available at Allium Diagnostic Imaging

This facsimile transmittal is intended only for use of the individual or entity to which it is addressed. It may contain Protected Health Information, which is privileged and confidential. Protected Health Information may only be used or disclosed in accordance with the law and you may be subject to penalties for improper use of further disclosure. If you are not the intended recipient, you may not read, copy, distribute or otherwise use or disclose the information contained in this transmission. If you received this transmission in error, please notify the sender immediately and request instruction on return or destruction of the transmission. DICOM images and results are available for review via our PACS system which may be accessed through http://personalhealthimaging.com

MRI | MRA | CT Scan | Ultrasound | X-Ray | Bone Density | Mammography

**Greenpoint Diagnostic Imaging**
1024 Manhattan Avenue Brooklyn, NY 1 1222
Tel: (718) 389-5000 Fax: (718) 389-5054

**.Astmia Open MRI**
23-08 30th Avenue, Astoria, NY 11102
Tel: (718) 725'.2000  Fax: (718) 728-2724

**Allium Diagnostic Imaging**
345 St Nicholas Ave Ridgewood NY 11385
Tel: (718) 408-5000 Fax: (718) 381-2090

| | |
|---|---|
| **Patient Name:** Hughes, Anthony | **AGE: 043Y  DOB:07/27/1975(M)** |
| **GDH#:** GRP731 | **Patient Phone#: 718-565-1701** |
| **Study Date:** 12/17/2018 | **CPT Code: 73721** |
| **Exam:** MR  RT KNEE W/0 CONTRAST RIGHT | **Exam #: A5207269** |
| **Physician:** Merovici, Florin | **Physician Phone #: 718-389-0100** |
| **126 GREENPOINT AVE** | |
| **BROOKLYN, NY 11222** | |

FINAL REPORT

**MRI OF THE RIGHT KNEE**

**HISTORY:**  Right knee pain

**PROTOCOL:**  Sagittal proton density, and T2 weighted sequences, coronal T1 and inversion recovery sequences, and axial proton density fat saturated sequences were obtained of the right knee. This study was performed in a high f(eld MRI.

**PRIORS:** 2/26?8

**FINDINGS:,/**
Preliminary scout series were submitted and reviewed and are noncontribut01y.
**CRUCIATE LIGAMENTS:** The anterior and posterior cmciate ligaments appear intact and within normal limits.
**COLLATERAL LIGAMENTS:** The medial collateral ligament and the lateral collateral ligamentous complex are intact and within normal limits.
**MENISCI:** There is a normal shape size and contour of the anterior and posterior horns of both the medial and lateral menisci without evidence of meniscal tearing.
**OSSEOUS STRUCTURES:** There is no evidence of fracture or dislocation. The joint spaces are preserved. The alignment is anatomic. There is mild i1mgularity of the patellofemoral caitilage consistent with chondromalacia patella.

**EXTENSOR MECHANISM:** The visualized p01lions of the quadriceps tendon and patellar tendon are intact and within nonnal liinits.
There is a mild suprapatellar joint effi1sion. There is no popliteal cyst.

**IMPRESSION**
**SUPRAPATELLAR JOINT EFFUSION.**
**CHONDROMALACIA PATELLA.**

Thank you for refen-ing this patient to us for evaluation

3D Mammography now available at Allium Diagnostic Imaging

This facsimile transmittal is intended only for use of the individual or entity to which it is addressed. It may contain Protected Health Infonnation, which is privileged and confidential. Protected Health Information may only be used or disclosed in accordance with the law and you may be subject to penalties for improper use of.further disclosure.  If you are not the intended recipient, you may not read, copy, distribute or othenvise use or disclose the information contained in this transmission. If you received this transmission in error, please notify the sender immediately and request instruction on return or destruction of the transmission. DICOM  images and results are available for review via our PACS system which may be accessed through http://personalhealthimaging.com

MRI  |  MRA  |  CT Scan  |  Ultrasound  |  X-Ray  |  Bone Density  |  Mammography

| **Greenpoint Diagnostic bnaging** | **Astoria Open MRI** | **Allium Diagnostic Imaging** |
|---|---|---|
| 1024 Manhattan Avenue Brooklyn, NY 11222 | 23-08 30ih Avenue, Astoria, NY 11102 | 345 St Nicholas Ave Ridgewood NY 11385 |
| Tel: (718) 389-5000  Fax: (718) 389-5054 | Tel: (718) 726-2000  Fax: (718) 728-2724 | Tel: (718) 408-5000 Fax: (718) 381-2090 |

| Patient Name: | **Hughes, Anthony** | | **AGE: 043Y  DOB:07/27/1975(.M)** |
|---|---|---|---|
| GDI#: | **GRP731** | | **Patient Phone#: 718-565-1701** |
| Study Date: | **12/17/2018** | | **CPT Code: 73721** |
| Exam: | **MR RTKNEEW/OCONTRASTRIGHT** | | **Exam #: A5207269** |
| Physician: | Merovici, Flol'in | | **Physician Phone#:  718-389-0100** |
| | **126 GREENPOINT AVE** | | |
| | **BROOKLYN, NY** 11222 | | |

Very truly yours,

JONATHAN  SCHWARTZ  MD
Electronically signed: 12/18/2018 10:31

3D Mammography now available at Allinm Diagnostic Imaging

This facsimile transmittal is intended only for use of the individual or entity to which it is addressed. It may contain Protected Health Information, which Is privile ged and confidential. Protected Health Information may only be used or disclosed in accordance with the law and you may be subject to penalties for improper use of further disclosure.  If you are not the intended recipient, you may not read, copy, distribute or otherwise use or disclose the information contained in this transmission. I f you received this transmission in error, please notify the sender immediately and request instruction on return or destruction of the transmission. DICOM  images and results are available for review via our PACS system which may be accessed through http://personalhealthimaging.com

MRI  I Iv!RA  I CT Scan  I Ultrasound  I X-Ray  I Bone Density  I Malmnography

RECEIVED  09/04/2019 11:17    7186518635
09/04/2019  12:27   17183899616              TOTAL HEALTH CARE                    PAGE  02/03

From: GFI FaxMaker    To: Florin Merovici    Page: 1/2    Date: 7/2/2019 11:14:52 AM

## ZWANGER-PESIRI
### RADIOLOGY

**Elmhurst - Queens**
88-12 Queens Blvd
Elmhurst, NY 11373
Phone: (718)684-7426
Fax: (718)684-7427

:: Florin Merovici, MD
:: 126 Greenpoint Avenue
   Brooklyn, NY 11222

| | |
|---|---|
| Patient: | Anthony Hughes |
| MRN: | 2856875 |
| Acc#: | 17783048 |
| DOB: | 7/27/1975 |
| Home Phone: | |
| Exam Date: | 7/2/2019 10:43 AM |
| Exam: | MRI-3T CERVICAL SPINE NON CONTRAST | 72141 |

**EXAM:** MRI-3T CERVICAL SPINE NON CONTRAST

**HISTORY:** M47.12 Other spondylosis with myelopathy, cervical region

**TECHNIQUE:** Axial and sagittal images multi-weighted sequences of the cervical spine were obtained on a 3.0 Tesla magnet.

**COMPARISON:** None.

**FINDINGS:**
There is reversal of the normal cervical lordosis. Vertebral bodies are normal in height and alignment. There is multilevel degenerative disc disease with disc desiccation and loss of disc height. There is mild diffuse heterogeneous marrow signal. No suspicious focal marrow signal abnormalities identified.

The spinal cord is normal in size and signal. The visualized poster or fossa is normal.

The prevertebral soft tissues and the paraspinal soft tissues are normal.

C2-C3: No disc herniation, central canal, or foraminal stenosis.
C3-C4: There is uncovertebral hypertrophy with facet arthropathy and a posterior disc osteophyte complex resulting in severe left and moderate right neural foraminal narrowing. There is moderate to severe canal stenosis with effacement of the ventral CSF space and impingement of the ventral cord.
C4-C5: There is uncovertebral hypertrophy, facet arthropathy and a posterior disc osteophyte complex resulting in moderate right greater than left neural foraminal narrowing and moderate canal stenosis with effacement of the ventral thecal sac.
C5-C6: There is uncovertebral hypertrophy and a posterior disc osteophyte complex with facet arthropathy resulting in severe right and moderate left neural foraminal narrowing. There is severe canal stenosis with effacement of the ventral thecal sac and impingement of the right ventral cord.
C6-C7: There is uncovertebral hypertrophy, facet arthropathy and a posterior disc osteophyte complex resulting in moderate left greater than right neural foraminal narrowing and mild canal stenosis.

This fax was sent with GFI FaxMaker fax server. For more information, visit http://www.gfi.com

From: GFI FaxMaker    To: Florin Merovici    Page: 2/2    Date: 7/2/2019 11:14:52 AM

**Continued...**

MRN:  2658875                              Exam Date: 7/2/2019
Patient: Anthony Hughes                    Exam:    MRI-3T CERVICAL SPINE NON
Acc#:  17763048                                      CONTRAST | 72141

C7-T1: No disc herniation, central canal, or foraminal stenosis.

IMPRESSION:
There is multilevel degenerative disc disease and facet arthropathy. At C3-C4 there is severe left greater than right neural foraminal narrowing and moderate to severe canal stenosis with impingement of the ventral cord. At C4-C5 there is moderate right greater than left neural foraminal narrowing and moderate canal stenosis. At C5-C6, there is severe right greater than left neural foraminal narrowing with severe canal stenosis with impingement of the right ventral cord. At C6-C7 there is moderate left greater than right neural foraminal narrowing.

ICD 10 -

Signed by: Azadeh Esmaeili MD
Signed Date: 7/2/2019 11:12 AM EDT



Azadeh Esmaeili M.D., Ext. 4631

Reports and Images are available on the Physicians Portal.

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Jersey City Medical Center

| | | | | |
|---|---|---|---|---|
| Patient: | HUGHES, ANTHONY | | Admit: | 8/16/2019   Disch: 8/17/2019 |
| MRN: | 0002012459 | | Service: | Medical |
| Account #: | 1922800043 | | Attending: | Gerling MD,Michael C |
| DOB/Age/Sex: 7/27/1975   44 years   Male | | | | |

---

### Progress Note-Physician

DOCUMENT TYPE:              Progress Note-Physician
SERVICE DATE/TIME:          8/16/2019 21:19 EDT
RESULT STATUS:              Auth (Verified)
PERFORMED INFORMATION:      Heiman DO,Erick (8/16/2019 21:23 EDT)
SIGNED INFORMATION:         Heiman DO,Erick (8/16/2019 21:23 EDT)

**JCMC ORTHO POST-OP NOTE**

Patient: HUGHES,ANTHONY      MRN: 0002012459      FIN: 1922800043
Age: 44 years   Sex: Male   DOB: 07/27/1975
Associated Diagnoses: None
Author: Heiman DO, Erick

# JERSEY CITY MEDICAL CENTER
# DEPARTMENT OF ORTHOPAEDIC SURGERY
# POSTOPERATIVE NOTE

**PROCEDURE:** C5-6 ACDF, C4-5 disc replacement

**SUBJECTIVE:** Pt seen and examined at bed, doing well. Tolerating liquids and diet. Has not been out of bed. Complains of pain that is controlled with pain meds. Denies numbness, tingling, weakness in BLUE. Denies fevers, chills, N/V/D. Denies palpitations, chest pain, SOB.

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Temp Oral | 98.3 DEGF  (AUG 16 20:00) |
| Resp Rate | 18 BR/MIN  (AUG 16 20:13) |
| SBP | H 159mmHg  (AUG 16 20:13) |
| DBP | H 96mmHg  (AUG 16 20:13) |
| SpO2 | 96 %  (AUG 16 20:13) |
| Weight | 103.63 kg  (AUG 16 06:39) |
| Height | 177.80 cm (AUG 16 06:39) |

**OBJECTIVE:**
Dressing on anterior neck c/d/i, minimal swelling noted throughout neck.
BL UE:
AIN/PIN/M/R/U intact
SILT R/U/M
R triceps 4+/5, L triceps 5/5
Intact distal pulses w/ brisk capillary refill

**X-RAYS ORDERED:** na      **UPLOADED TO PACS:** na

**POST-OP ABX:** ancef

---

LEGEND: *=Corrected @=Abnormal C=Critical L=Low H=High f=Footnote #=Interp Data R=Ref Lab

Request ID: 354073423           Page 135 of 220        Print Date/Time:  9/9/2019 16:19 EDT

Jersey City Medical Center

| | | | | |
|---|---|---|---|---|
| Patient: | HUGHES, ANTHONY | | Admit: | 8/16/2019   Disch: 8/17/2019 |
| MRN: | 0002012459 | | Service: | Medical |
| Account #: | 1922800043 | | Attending: | Gerling MD, Michael C |
| DOB/Age/Sex: | 7/27/1975   44 years   Male | | | |

---

### Progress Note-Physician

**DVT PROPHYLAXIS:** SCDs

**PAIN CONTROL:** iv pain meds

**FOLEY:** na

*Electronically Signed on 08/16/2019 21:23 EDT*
*Heiman DO, Erick*

*Gerling MD, Michael C*

---

DOCUMENT TYPE:            Progress Note-Physician
SERVICE DATE/TIME:        8/17/2019 06:32 EDT
RESULT STATUS:            Auth (Verified)
PERFORMED INFORMATION:    Romanelli DO, Filippo (8/17/2019 06:34 EDT)
SIGNED INFORMATION:       Romanelli DO, Filippo (8/17/2019 06:34 EDT)

**Orthopaedic Progress Note - FR**

Patient: HUGHES, ANTHONY    MRN: 0002012459    FIN: 1922800043
Age: 44 years  Sex: Male   DOB: 07/27/1975
Associated Diagnoses: None
Author: Romanelli DO, Filippo

Orthopedic Progress Note:

**Subjective:**
Pt seen and examined bedside resting comfortably in NAD. Pt currently rating pain as a 4/10 to affected extremity. Pt denies any overnight events, VSS, afebrile. Pt currently denies any chest pain, shortness of breath, nausea, vomiting, fevers, chills. Pt passing gas, tolerating PO intake. pt is incredibly satisfied with improvements in numbness and weakness to RUE at this time

**Allergies (1) Active**            **Reaction**
Avelox   THROAT CLOSES
**Medications (20) Active**
Scheduled: (11)
ACETAMINOPHEN INJ 1,000 mg 100 mL, IV Piggyback, Every 8 Hr Intrvl
amLODIPine 10 mg TAB  10 mg 1 Tab, Oral, Daily
ATORVASTATIN 20 mg TAB  20 mg 1 Tab, Oral, Bedtime
ceFAZolin INJ PREMIX  1 g 50 mL, IV Piggyback, Every 8 Hr Intrvl
DOCUSATE SODIUM 100 mg CAP  100 mg 1 Cap, Oral, 2 times a Day
hydrOXYzine PAMOATE 25MG CAP  25 mg 1 Cap, Oral, Every 6 Hr
Non Formulary Medication  See Instructions, Oral, Daily
Non Formulary Medication  5 mg, Oral, Daily
PREGABALIN CAP 50 MG  50 mg 1 Cap, Oral, 3 Times a Day
SERTRALINE 50 MG TAB  50 mg 1 Tab, Oral, Daily

---

LEGEND: *=Corrected @=Abnormal C=Critical L=Low H=High f=Footnote #=Interp Data R=Ref Lab

Request ID: 354073423            Page 136 of 220       Print Date/Time: 9/9/2019 16:19 EDT

Jersey City Medical Center

| | | | | |
|---|---|---|---|---|
| Patient: | HUGHES, ANTHONY | | Admit: | 8/16/2019   Disch: 8/17/2019 |
| MRN: | 0002012459 | | Service: | Medical |
| Account #: | 1922800043 | | Attending: | Gerling MD, Michael C |
| DOB/Age/Sex: 7/27/1975 | 44 years | Male | | |

---

### Progress Note-Physician

VALSARTAN 320 mg TAB  320 mg 1 Tab, Oral, Daily
Continuous: (1)
SODIUM CHLORIDE 0.9% 1,000 mL  1,000 mL, IV, 100 mL/Hr
PRN: (8)
DILAUDID 0.5 mg/0.5 mL INJ  0.5 mg 0.5 mL, IV Push, Every 10 Min
diphenhydrAMINE 50 mg/mL INJ  12.5 mg 0.25 mL, IV Push, Every  4 Hr
fentaNYL 100 mcg/2 mL  25 mcg, IV Push, Every  5 Min
MORPHINE 2 mg/mL INJ  2 mg 1 mL, IV Push, Every  4 Hr
ONDANSETRON 4MG/2ML INJ  4 mg 2 mL, IV Push, Daily
oxyCODONE 5 MG TAB (IR)  5 mg 1 Tab, Oral, Every  4 Hr
oxyCODONE 5 MG TAB (IR)  10 mg 2 Tab, Oral, Every  4 Hr
SODIUM CHLORIDE 0.9% FLUSH 10ML SYR  3 mL, IV Push, As DirectedElevated cholesterol
HTN (hypertension)
Risk for fallsObjective:

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Temp Oral | 98.1 DEGF  (AUG 17 04:00) |
| Resp Rate | 17 BR/MIN  (AUG 17 04:00) |
| SBP | 130 mmHg  (AUG 17 04:00) |
| DBP | 76 mmHg  (AUG 17 04:00) |
| SpO2 | 95 %  (AUG 17 04:00) |
| Weight | 103.63 kg  (AUG 16 08:39) |
| Height | 177.80 cm  (AUG 16 08:39) |

Gen: NAD, AAOx3

Neck supple - dressing clean, dry and intact, c-collar in place

    Inspection: dressing c/d/i, no effusion noted,
    Palpation: compartments soft, nonttp
    MSK: 5/5 AIN/PIN,Ulna Nerve, 4+ triceps and biceps strength, 5/5 deltoids
    Neuro: SILT C5-T1 Dermatome - No sensory changes at this time
    Vascular: fingers warm & well perfused, cap refill < 2 seconds

A/P:
44 YO M , POD #1 , s/p C4-C5 DISC REPLACEMENT, C5-C6 ACDF

- weight bearing status: WBAT B/L LE
- Abx: Ancef x2 to be completed today
- DVT prophylaxis: OOB, SCDs
- Pain Control: _Ofirmev, Oxy, Morphine PRN
- will f/u morning labs
- Consults: PT/OT - please Evaluate today
- may remove c-collar while in bed, to be worn at all time when OOB
- Dispo: Planning Discharge to home POD #1 pending PT evaluation and pain control

---

LEGEND: *=Corrected @=Abnormal C=Critical L=Low H=High f=Footnote #=Interp Data R=Ref Lab

Jersey City Medical Center

| | | | | |
|---|---|---|---|---|
| Patient: | HUGHES, ANTHONY | Admit: | 8/16/2019 | Disch: 8/17/2019 |
| MRN: | 0002012459 | Service: | Medical | |
| Account #: | 1922800043 | Attending: | Gerling MD, Michael C | |
| DOB/Age/Sex: 7/27/1975 | 44 years | Male | | |

## Progress Note-Physician

Electronically Signed on 08/17/2019 06:34 EDT
Romanelli DO, Filippo

Gerling MD, Michael C

## Progress Notes

| | |
|---|---|
| DOCUMENT TYPE: | Progress Note-Physician |
| SERVICE DATE/TIME: | 8/16/2019 21:19 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | Heiman DO,Erick (8/16/2019 21:23 EDT) |
| SIGNED INFORMATION: | Heiman DO,Erick (8/16/2019 21:23 EDT) |

**JCMC ORTHO POST-OP NOTE**

Patient: HUGHES, ANTHONY    MRN: 0002012459    FIN: 1922800043
Age: 44 years  Sex: Male   DOB: 07/27/1975
Associated Diagnoses: None
Author: Heiman DO, Erick

# JERSEY CITY MEDICAL CENTER
# DEPARTMENT OF ORTHOPAEDIC SURGERY
# POSTOPERATIVE NOTE

**PROCEDURE:** C5-6 ACDF, C4-5 disc replacement

**SUBJECTIVE:** Pt seen and examined at bed, doing well. Tolerating liquids and diet. Has not been out of bed. Complains of pain that is controlled with pain meds. Denies numbness, tingling, weakness in BLUE. Denies fevers, chills, N/V/D. Denies palpitations, chest pain, SOB.

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Temp Oral | 98.3 DEGF (AUG 16 20:00) |
| Resp Rate | 18 BR/MIN (AUG 16 20:13) |
| SBP | H 159mmHg (AUG 16 20:13) |
| DBP | H 98mmHg (AUG 16 20:13) |
| SpO2 | 96 % (AUG 16 20:13) |
| Weight | 103.63 kg (AUG 16 06:39) |
| Height | 177.80 cm (AUG 16 06:39) |

**OBJECTIVE:**
Dressing on anterior neck c/d/i, minimal swelling noted throughout neck.
BL UE:
AIN/PIN/M/R/U Intact
S/ILT R/U/M

---

Jersey City Medical Center

| | | | |
|---|---|---|---|
| Patient: | HUGHES, ANTHONY | Admit: | 8/16/2019   Disch:  8/17/2019 |
| MRN: | 0002012459 | Service: | Medical |
| Account #: | 1922800043 | Attending: | Gerling MD, Michael C |
| DOB/Age/Sex: 7/27/1975   44 years    Male | | | |

## Progress Notes

R triceps 4+/5, L triceps 5/5
Intact distal pulses w/ brisk capillary refill

**X-RAYS ORDERED:** na          **UPLOADED TO PACS:** na

**POST-OP ABX:** ancef

**DVT PROPHYLAXIS:** SCDs

**PAIN CONTROL:** iv pain meds

**FOLEY:** na

*Electronically Signed on 08/16/2019 21:23 EDT*
*Helman DO, Erick*

*Gerling MD, Michael C*

| | |
|---|---|
| DOCUMENT TYPE: | Progress Note-Physician |
| SERVICE DATE/TIME: | 8/17/2019 06:32 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | Romanelli DO, Filippo (8/17/2019 06:34 EDT) |
| SIGNED INFORMATION: | Romanelli DO, Filippo (8/17/2019 06:34 EDT) |

**Orthopaedic Progress Note - FR**

Patient: HUGHES, ANTHONY     MRN: 0002012459     FIN: 1922800043
Age: 44 years   Sex: Male   DOB: 07/27/1975
Associated Diagnoses:  None
Author:  Romanelli DO, Filippo

**Orthopedic Progress Note:**

**Subjective:**
Pt seen and examined bedside resting comfortably in NAD. Pt currently rating pain as a  4/10 to affected extremity. Pt denies any overnight events, VSS, afebrile. Pt currently denies any chest pain, shortness of breath, nausea, vomiting, fevers, chills. Pt passing gas, tolerating PO intake. pt is incredibly satisfied with improvements in numbness and weakness to RUE at this time

**Allergies (1) Active**          **Reaction**
Avelox   THROAT CLOSES
**Medications (20) Active**
Scheduled: (11)
ACETAMINOPHEN INJ  1,000 mg 100 mL, IV Piggyback, Every  8 Hr Intrvl
amLODIPine 10 mg TAB  10 mg 1 Tab, Oral, Daily

---

LEGEND: *=Corrected @=Abnormal C=Critical L=Low H=High f=Footnote #=Interp Data R=Ref Lab

Jersey City Medical Center

| | | | | |
|---|---|---|---|---|
| Patient: | HUGHES, ANTHONY | | Admit: | 8/16/2019   Disch: 8/17/2019 |
| MRN: | 0002012459 | | Service: | Medical |
| Account #: | 1922800043 | | Attending: | Gerling MD,Michael C |
| DOB/Age/Sex: 7/27/1975 | 44 years | Male | | |

---

## Progress Notes

ATORVASTATIN 20 mg TAB  20 mg 1 Tab, Oral, Bedtime
ceFAZolin INJ PREMIX  1 g 50 mL, IV Piggyback, Every 8 Hr Intrvl
DOCUSATE SODIUM 100 mg CAP  100 mg 1 Cap, Oral, 2 times a Day
hydrOXYzine PAMOATE 25MG CAP  25 mg 1 Cap, Oral, Every 6 Hr
Non Formulary Medication  See Instructions, Oral, Daily
Non Formulary Medication  5 mg, Oral, Daily
PREGABALIN CAP 50 MG  50 mg 1 Cap, Oral, 3 Times a Day
SERTRALINE 50 MG TAB  50 mg 1 Tab, Oral, Daily
VALSARTAN 320 mg TAB  320 mg 1 Tab, Oral, Daily
Continuous: (1)
SODIUM CHLORIDE 0.9% 1,000 mL  1,000 mL, IV, 100 mL/Hr
PRN: (8)
DILAUDID 0.5 mg/0.5 mL. INJ  0.5 mg 0.5 mL, IV Push, Every 10 Min
diphenhydrAMINE 50 mg/mL INJ  12.5 mg 0.25 mL, IV Push, Every 4 Hr
fentaNYL 100 mcg/2 mL  25 mcg, IV Push, Every 5 Min
MORPHINE 2 mg/mL INJ  2 mg 1 mL, IV Push, Every 4 Hr
ONDANSETRON 4MG/2ML INJ  4 mg 2 mL, IV Push, Daily
oxyCODONE 5 MG TAB (IR)  5 mg 1 Tab, Oral, Every 4 Hr
oxyCODONE 5 MG TAB (IR)  10 mg 2 Tab, Oral, Every 4 Hr
SODIUM CHLORIDE 0.9% FLUSH 10ML SYR  3 mL, IV Push, As DirectedElevated cholesterol
HTN (hypertension)
Risk for falls<u>Objective:</u>

| <u>Vital Signs (last 24 hrs)</u> | <u>Last Charted</u> |
|---|---|
| Temp Oral | 98.1 DEGF  (AUG 17 04:00) |
| Resp Rate | 17 BR/MIN  (AUG 17 04:00) |
| SBP | 130 mmHg  (AUG 17 04:00) |
| DBP | 76 mmHg  (AUG 17 04:00) |
| SpO2 | 95 %  (AUG 17 04:00) |
| Weight | 103.83 kg  (AUG 16 06:39) |
| Height | 177.80 cm  (AUG 16 06:39) |

Gen: NAD, AAOx3

Neck supple - dressing clean, dry and intact, c-collar in place

Inspection: dressing c/d/i, no effusion noted,
Palpation: compartments soft, nonttp
MSK: 5/5 AIN/PIN,Ulna Nerve, 4+ triceps and biceps strength, 5/5 deltoids
Neuro: SILT C5-T1 Dermatome - No sensory changes at this time
Vascular: fingers warm & well perfused, cap refill < 2 seconds

<u>A/P:</u>
44 YO M , POD #1 , s/p C4-C5 DISC REPLACEMENT, C5-C6 ACDF

---

Jersey City Medical Center

| | | | |
|---|---|---|---|
| Patient: | HUGHES, ANTHONY | Admit: 8/16/2019 | Disch: 8/17/2019 |
| MRN: | 0002012459 | Service: Medical | |
| Account #: | 1922800043 | Attending: Gerling MD, Michael C | |
| DOB/Age/Sex: 7/27/1975 | 44 years    Male | | |

### Progress Notes

- weight bearing status: WBAT B/L LE
- Abx: Ancef x2 to be completed today
- DVT prophylaxis: OOB, SCDs
- Pain Control: _Ofirmev, Oxy, Morphine PRN
- will f/u morning labs
- Consults: PT/OT - please Evaluate today
- may remove c-collar while in bed, to be worn at all time when OOB
- Dispo: Planning Discharge to home POD #1 pending PT evaluation and pain control

*Electronically Signed on 08/17/2019 06:34 EDT*
*Romanelli DO, Filippo*

*Gerling MD, Michael C*

### Surgical Documentation

| | |
|---|---|
| DOCUMENT TYPE: | Operative Report |
| SERVICE DATE/TIME: | 8/16/2019 16:14 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORMED INFORMATION: | Romanelli DO, Filippo (8/16/2019 16:16 EDT) |
| SIGNED INFORMATION: | Gerling MD, Michael C (8/16/2019 18:56 EDT); Romanelli DO, Filippo (8/16/2019 16:16 EDT) |

**JCMC Ortho Brief Op Note**

Patient: HUGHES, ANTHONY    MRN: 0002012459    FIN: 1922800043
Age: 44 years   Sex: Male   DOB: 07/27/1975
Associated Diagnoses: None
Author: Romanelli DO, Filippo

# JERSEY CITY MEDICAL CENTER
# DEPARTMENT OF ORTHOPAEDIC SURGERY
# BRIEF OPERATIVE NOTE

**Preoperative Diagnosis:** C5-C6 Herniation, C4-C5 Disc Herniation, Cervical Spine myelopathy

**Postoperative Diagnosis:** Same

**Procedure:** C4-C5 Disc Replacement, C5-C6 ACDF

**Surgeon:** Dr. Gerling

Jersey City Medical Center

| | | | | | |
|---|---|---|---|---|---|
| Patient: | HUGHES, ANTHONY | | Admit: | 8/16/2019 | Disch: 8/17/2019 |
| MRN: | 0002012459 | | Service: | Medical | |
| Account #: | 1922800043 | | Attending: | Gerling MD, Michael C | |
| DOB/Age/Sex: 7/27/1975 | 44 years | Male | | | |

---

## Surgical Documentation

**Assistant:** Dr. Pyun

**Anesthesia:** GETA

**Blood Loss:** Minimal

**Implants:** See op-note

**Tourniquet Time:** n/a

**Drains:** none

**Specimen:** none

**Complications:** None

**Disposition:** PACU stable

*Electronically Signed on 08/16/2019 16:16 EDT*
*Romanelli DO, Filippo*

*Electronically Signed on 08/16/2019 18:56 EDT*
*Gerling MD, Michael C*

---

Jersey City Medical Center

| | | | |
|---|---|---|---|
| Patient: | HUGHES, ANTHONY | Admit: | 8/16/2019   Disch: 8/17/2019 |
| MRN: | 0002012459 | Service: | Medical |
| Account #: | 1922800043 | Attending: | Gerling MD,Michael C |
| DOB/Age/Sex: 7/27/1975 | 44 years   Male | | |

---

### *Surgical Documentation*

DOCUMENT TYPE:               Operative Report
SERVICE DATE/TIME:           8/16/2019 16:59 EDT
RESULT STATUS:               Auth (Verified)
PERFORMED INFORMATION:       Gerling MD,Michael C (8/16/2019 17:33 EDT)
SIGNED INFORMATION:          Gerling MD,Michael C (8/16/2019 17:33 EDT)

OPERATIVE REPORT
Jersey City Medical Center

Patient Name: Anthony Hughes

Surgeon: Michael Gerling M.D.
Co-surgeon / Assistant(s): Joseph Pyun, MD; Jessica Amoona, PA
Date of Procedure: 08/16/2019

INDICATIONS:
The patient presents with cervical disk herniations after a traumatic injury to the cervical spine with severe neck pain radiating to the upper extremity, with numbness and weakness in the root signature pattern. There is weakness on examination and MRI demonstrates posterior disc herniation correlating with symptoms. The right C6 and C7 Dermatomes had sensory loss and there was marked weakness 2/5 and atrophy in the right Triceps and biceps muscles. Conservative management, including physical therapy, medications, and pain management trials.

The alternatives to surgery, and risks and benefits of surgery were discussed at length. The patient understood there could be worsening neurologic function and there may not be improvement. They could have ongoing or worse neck pain and may require more surgery because of accelerated degenerative disease, adjacent level disease, nonunion, or hardware complications. We discussed wound complications, dysphagia, and dysphonia post-operatively, along with blindness. Stroke, death, and medical complications were also discussed at length.

PRE-OPERATIVE DIAGNOSES:
Herniated cervical disc
Mid-cervical region(M50.22)
Cervical Level(s): C4-5, C5-6
POST-OPERATIVE DIAGNOSES:
Herniated cervical disc
Mid-cervical region(M50.22)
Cervical Level(s): C4-5, C5-6
PROCEDURE PERFORMED:
Anterior cervical diskectomy and fusion (one level) (including discectomy, arthrodesis, and anterior instrumentation)
Cervical Level(s): C5-6
Anterior Cervical Corpectomy: C5 Partial (50%)
Anterior Instrumentation: Accel Van Gogh titanium plate with fixed angle screws
Biomechanical Device(s): PEEK Spacer,
Spinal Graft(s): Allograft, morselized Autograft, local (through same incision)
Imaging: Fluoroscopic Guidance

---

LEGEND: *=Corrected @=Abnormal C=Critical L=Low H=High f=Footnote #=Interp Data R=Ref Lab

Jersey City Medical Center

Patient:     HUGHES, ANTHONY                    Admit:     8/16/2019      Disch:  8/17/2019
MRN:        0002012459                          Service:   Medical
Account #:   1922800043                         Attending: Gerling MD, Michael C
DOB/Age/Sex: 7/27/1975    44 years    Male

---

| *Surgical Documentation* |
| --- |

Type(s): SSEP MEP

Anterior cervical diskectomy and Total Disk Replacement; Cervical Level(s): C4-5
Implantation of Biomechanical Device(s): Disk replacement device TDR: Mobi-C

ANESTHESIA;General endotracheal
ESTIMATED BLOOD LOSS: 20 mL
SPECIMENS REMOVED: Disk Herniation at each level

FINDINGS:
Headlights and Loupes were used
Disc herniation was noted intra-operatively and sent for pathologic examination.
Neuro-monitoring stable throughout the procedure and the patient was neurologically at baseline at the end.
Local Depomedrol used at the end of the case.
Antibiotics were given before incision.
Partial corpectomy was necessary to complete the decompression and correct local deformation.

TECHNIQUE
After the site was marked and timeout was called, the patient received antibiotics and was intubated supine. The arms
were tucked at the side. Bony prominences were protected. The neck was prepped and draped in the usual sterile
fashion.

A left-sided transverse incision was carried down sharply through platysma with a Smith-Robinson approach utilized on
the left side. The midline structures were swept to the left side and the longus colli were undermined. The C4-5, C5-6 disks
were identified using fluoroscopy. Caspar pins were then placed in the C4-5, C5-6 levels with gentle distraction while
hand-held retractors were used to retract the longus colli.
The standard discectomy procedure at the C4-5 and C5-6 levels were carried out using #11 blade scalpel, pituitaries, and
curettes. Posterior longitudinal ligament was left intact. The posterior disc herniations were visualized, excised, and sent
for pathology. The decompression was extended cephalad at the C5-6 level in order to complete the decompression as
disk was found to extend behind the body. A partial corpectomy was carried out, removing 50% on the body.  The
decompression was carried out laterally at the uncovertebral joints. Posterior longitudinal ligament was left intact.

Total Disk Replacement at C4-5: After adequate decompression, the space was then carefully prepared for mobile implant
use.  It was carefully rinsed of all bone shavings and meticulous hemostasis was achieved.  All bleeding surfaces were
cauterized except in the footprint planned for the implant.  The endplates were then sized for interbody disk replacement
device which was taped into position using fluoroscopic guidance to confirm excellent central position on AP and Lateral
views, with excellent stability.

C5-6 fusion and instrumentation: At C5-6 we then carried out fusion by squaring off the vertebral end plates and
decorticating the uncovertebral joints. The bone was saved as local autograft. Minimal bleeding was encountered and well
controlled. The space was then sized for interbody PEEK Spacer cage filled with local autograft and allograft, and tapped
into position with excellent stability. Uncovertebral joint grafting with local graft was carried out. Anterior instrumentation
with Accel Van Gogh titanium plate with fixed angle screws was carried out at the C5-6 level. The plate sat flush with the
bone and all screws locked into the plate with excellent end torque resistance.

---

LEGEND: *=Corrected @=Abnormal C=Critical L=Low H=High f=Footnote #=Interp Data R=Ref Lab

Request ID:  354073423              Page 144 of 220         Print Date/Time:  9/9/2019 16:19 EDT

Jersey City Medical Center

Patient:          HUGHES, ANTHONY                    Admit:    8/16/2019        Disch:  8/17/2019
MRN:              0002012459                          Service:  Medical
Account #:        1922800043                          Attending: Gerling MD,Michael C
DOB/Age/Sex: 7/27/1975     44 years      Male

---

### Surgical Documentation

The Caspar pins were then released, removed and bone wax was placed in the defects.  Bleeding was completely
stopped. The bone position was excellent. Using fluoroscopy, I was able to visualize the implants clearly.

The wound was then explored and minimal bleeding was present. Depomedrol medicated cocktail including marcaine and
antibiotic was injected into the prevertebral fascia, along with placement of a soaked Gelfoam sponge, 1cm x 2cm on top
of the implant at the end of the case. Though hemostasis was excellent without concern, a Hemovac drain was
prophylactically placed through the platysma and sewn into position with a 2-0 nylon. The platysma was closed in a
standard fashion with a 2-0 Vicryl followed by 3-O subdermal buried sutures, followed by Dermabond glue. Steri-strips
and dressings were then utilized, and a hard collar was placed before awakening uneventfully having tolerated the
procedure well. Neuro-monitoring remained stable through the procedure.

*Electronically Signed on 08/16/2019 17:33 EDT*
*Gerling MD, Michael C*

---



